Order filed June 19, 2014



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00115-CV

_____

## SEARS METHODIST RETIREMENT SYSTEM, INC. AND SENIOR DIMENSIONS, INC., Appellants

## V.

## JUDY LEWALLEN ET AL., Appellees

**On Appeal from the 118th District Court**

**Howard County, Texas**

**Trial Court Cause No. 48366**

## O R D E R

Appellants, Sears Methodist Retirement System, Inc. and Senior Dimensions, Inc., filed an accelerated appeal from an order overruling their objections to the plaintiffs' expert reports and denying Appellants' motion to dismiss. Appellants have now filed in this court a notice of bankruptcy. *See* TEX. R. APP. P. 8.1. The notice indicates that both Appellants have filed a

voluntary petition seeking bankruptcy protection under Chapter 11 of the United States Bankruptcy Code. Therefore, pursuant to TEX. R. APP. P. 8.2, we abate this appeal. The parties are requested to inform this court of the resolution of the bankruptcy proceedings or any other event that would allow this appeal to be reinstated. *See* TEX. R. APP. P. 8.3.

This appeal is abated.


PER CURIAM


June 19, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.